DENIED and Opinion Filed August 14, 2019.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00861-CV

## IN RE GENTRY S. LEONARD, Relator

**Original Proceeding from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. M18-62976-I**

## MEMORANDUM OPINION

Before Justices Bridges, Osborne, and Carlyle
Opinion by Justice Carlyle

In this original proceeding, relator seeks a writ of mandamus directing the trial court to release him pursuant to a "three-for-one" time credit rule he contends applies to his case, to afford him due process of law, equal protection of the law, and to provide him with a fair, equitable, and speedy trial. We deny the petition.

To establish a right to mandamus relief in a criminal case, the relator must show that the trial court violated a ministerial duty and there is no adequate remedy at law. *In re State ex rel. Weeks*, 391 S.W.3d 117, 122 (Tex. Crim. App. 2013) (orig. proceeding). As the party seeking relief, the relator has the burden of providing the Court with a sufficient mandamus record to establish his right to mandamus relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Rules 52.3 and 52.7 require the relator to provide "a certified or sworn copy" of certain documents, including any order complained of, any other document showing the matter

complained of, and every document that is material to the relator's claim for relief that was filed in any underlying proceeding. TEX. R. APP. P. 52.3(k)(1)(A), 52.3(k)(1)(C), 52.7(a)(1).

Here, the mandamus record does not include certified or sworn copies of any documents or time credit policies that would support relator's claims or provide a basis for mandamus relief. TEX. R. APP. P. 52.3(k)(1)(A), 52.3(k)(1)(C), 52.7(a). Without a supporting record, relator has not established a violation of a ministerial duty and is not entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

190861F.P05